Surjit P. Soni (State Bar No. 127419)
surj@sonilaw.com
M. Danton Richardson (State Bar No. 141709)
danton@sonilaw.com
Leo E. Lundberg, Jr. (State Bar No. 125951)
leo@sonilaw.com
THE SONI LAW FIRM
35 North Lake Ave., Suite 720
Pasadena, California 91101
(626) 683-7600 Telephone
(626) 683-1199 Fax

Attorneys for Plaintiffs,
KTS KARAOKE, INC., and TIMMY SUN TON

FILED
2012 JAN -3 AM 11: 37
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KTS KARAOKE, INC., a California corporation, and TIMMY SUN TON, individually.

    Plaintiffs,

vs.

SONY/ATV MUSIC PUBLISHING, LLC, a Delaware Limited Liability Company; and DOES 1 to 10, inclusive,

    Defendants.

CASE NO.: CV12 0014 JHN (JEMx)

**COMPLAINT FOR**

1) **DECLARATION OF NON-INFRINGEMENT AND/OR REDUCTION IN THE AMOUNT OF CLAIMS IN ISSUE**

2) **UNFAIR COMPETITION AND UNFAIR TRADE PRACTICES**

CONFORMED COPY

6. SONY/ATV has made claims that KTS has committed no less than **6715** separate acts of infringement regarding the advertisement, sale and/or distribution of allegedly unlicensed recordings of music copyrights allegedly owned and/or controlled, in whole or in part, by SONY/ATV. As a result of these alleged acts of infringement, SONY/ATV has claimed that KTS is liable for no less than **$1,282,050,000.00** in statutory damages.

7. KTS is informed and believes that SONY/ATV and its counsel, Paul Stacey, have long since known of the manufacture and distribution of the karaoke music discs in issue, including many produced and first distributed well outside the applicable three (3) year statute of limitations. However, rather than take reasonable steps to stop such manufacture and distribution of such products at the source, SONY/ATV and its counsel have instead committed copyright misuse by seeking to secure multiple license fees for the same allegedly infringing work by suing each link of the distribution chain, by demanding license fees for licensed goods and by attempting to obtain more than one statutory damage award for the continuing infringement (*i.e.*, down stream distributions of the infringing work) of a SINGLE WORK.

8. KTS is informed and believes, and on that basis alleges, that a dispute has arisen, and now exists, as to whether KTS has infringed any music copyrights owned or controlled by SONY/ATV and, if so, the scope of any such alleged infringement and the applicable measure of damages to be applied thereto. For example, KTS is informed and believes and based thereon alleges that SONY/ATV claims that it is entitled to multiple awards of statutory damages for the same song appearing on different products while KTS believes that SONY/ATV is limited to one award per work, no matter how many different products are at issue as to a given work. KTS is also informed and believes and based thereon alleges that SONY/ATV believes that it is entitled to recover from KTS an award of damages, whether statutory or actual, even though as to some if not all of the discs in issue, SONY/ATV

has already recovered damages for the distribution of the subject discs and without allowing credit for all sums so recovered.

9. A dispute has also arisen as to whether SONY/ATV has committed copyright misuse by unjustifiably and illegally seeking to and, in fact, recovering multiple times for the distribution of the same allegedly infringing discs, which SONY/ATV knowingly allowed to be manufactured and distributed in the first place, to further its scheme to obtain multiple recoveries by going after sub-distributors while failing to take action against those parties which actually created and first distributed the discs in issue.

10. The disputes amongst the parties are ripe for adjudication.

11. KTS therefore asks that this Court declare that KTS has not infringed any rights of SONY/ATV but that if any acts of infringement have occurred that infringement has not occurred to the extent claimed by SONY/ATV and further that any such infringement occurred as a result of SONY/ATV's actions and/or inaction in allowing the subject karaoke discs to be placed in the stream of commerce without taking reasonable steps to stop their manufacture and distribution at the source.

12. KTS also seeks a declaration that SONY/ATV is limited to one recovery per work and cannot recover a second (or more) times for the re-distribution of the same songs which SONY/ATV has previously recovered for from others.

## SECOND CAUSE OF ACTION

### (Unfair Competition and Unfair Trade Practices)

13. KTS repeats and realleges all of the allegations contained in Paragraphs 1 through 12, inclusive, of this Complaint and by reference thereto incorporate them herein as though set forth in full.

14. Upon information and belief, Defendant has committed acts of unfair competition and unfair trade practices in violation of the common law of the State of California based on a scheme to extort money from innocent distributors ensnared

into distributing infringing works which SONY/ATV has knowingly allowed to enter and/or remain in the stream of commerce.

15. KTS is informed and believes and based thereon alleges that SONY/ATV has allowed the karaoke music discs at issue to be placed in the stream of commerce so that SONY/ATV could make claims against various sub-distributors and thereby recover multiple times for the same allegedly infringing conduct at rates greater than if the claims had been asserted against the manufacturers. The scheme by SONY/ATV and its counsel is not designed to stop the acts of infringement (as SONY/ATV has knowingly allowed the manufacturer and initial distribution of some if not all of the subject discs) but has actually encouraged, caused and contributed to such alleged acts of infringement for the purpose of unjustifiably and illegally extracting multiple recoveries for the same infringing discs and to line the pockets of SONY/ATV and its counsel.

16. Upon information and belief, Defendant has been unjustly enriched by its acts of unfair competition and unfair trade practices.

17. KTS is informed and believes, and thereupon alleges, that the acts alleged above were willful, fraudulent, malicious and oppressive and were undertaken with the intent to harm KTS, or were done with reckless disregard of KTS's rights, and justify the awarding of punitive damages so as to set an example and to deter others from engaging in such conduct.

18. KTS has suffered, is suffering, and will continue to suffer irreparable injury for which KTS has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, KTS prays for judgment against the Defendant SONY/ATV as follows:

1. For a declaration that KTS has not infringed any rights of SONY/ATV but that if any acts of infringement have occurred that infringement has not occurred

to the extent claimed by SONY/ATV and further that any such infringement occurred as a result of SONY/ATV's actions and/or inaction in allowing the subject karaoke discs to be placed in the stream of commerce without taking reasonable steps to stop their manufacture and distribution at the source.

2. For a declaration that SONY/ATV is limited to one recovery per work and cannot recover a second (or more) times for the re-distribution of the same songs which SONY/ATV has previously recovered for from others.

3. That KTS have judgment against SONY/ATV for all damages suffered by KTS as a result of the advertisement, offer to sell and sale of the products in issue which would not have occurred but for SONY/ATV's acts of copyright misuse and SONY/ATV's encouraging, causing and contributing to the distribution of the subject songs in issue.

4. That KTS be awarded damages against SONY/ATV in an amount according to proof for SONY/ATV's acts of unfair competition and unfair trade practices;

5. That SONY/ATV be preliminarily and permanently enjoined from committing further acts of unfair competition and unfair trade practices.

6. That KTS have judgment against the SONY/ATV for KTS's costs and attorney's fees.

5. That the Court grant such other, further and different relief as the Court deems just and proper under the circumstances.

Dated: January 3, 2012

THE SONI LAW FIRM



BY: _____
Surjit P. Soni

Attorneys for Plaintiffs,
KTS KARAOKE, INC., and TIMMY SUN TON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Jacqueline Nguyen and the assigned discovery Magistrate Judge is John E. McDermott.

The case number on all documents filed with the Court should read as follows:

### CV12- 14 JHN (JEMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

---

Name & Address:
Surjit P. Soni (State Bar No. 127419)
M. Danton Richardson (State Bar No. 141709)
THE SONI LAW FIRM
35 N. Lake Ave., Suite 720
Pasadena, CA 91101

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KTS Karaoke, INC., a California Corporation, and TIMMY SUN TON, Individually <br><br> PLAINTIFF(S) <br> v. <br> SONY/ATV MUSIC PUBLISHING, LLC, a Delaware Limited Liability Company; and DOES 1 to 10, Inclusive, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV12 0014-JHN (JEMx) <br><br><br> **SUMMONS** |

TO: DEFENDANT(S): Sony/ATV Music Publishing, LLC, a Delaware limited liability company

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Surjit P. Soni, The Soni Law Firm_, whose address is _35 N. Lake Ave., Suite 720, Pasadena, CA 91101_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: JAN - 3 2012    By: _MARILYN DAVIS_
                             Deputy Clerk
                             (Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CONFORMED COPY

CV-01A (10/11)                              SUMMONS

Name & Address:
Surjit P. Soni (State Bar No. 127419)
M. Danton Richardson (State Bar No. 141709)
THE SONI LAW FIRM
35 N. Lake Ave., Suite 720
Pasadena, CA 91101

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KTS Karaoke, INC., a California Corporation, and TIMMY SUN TON, Individually<br><br>PLAINTIFF(S)<br>v.<br>SONY/ATV MUSIC PUBLISHING, LLC, a Delaware Limited Liability Company; and DOES 1 to 10, Inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV12 0014-JHN (JEM)<br><br>**SUMMONS** |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Surjit P. Soni, The Soni Law Firm_, whose address is _35 N. Lake Ave., Suite 720, Pasadena, CA 91101_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: JAN - 3 2012

Clerk, U.S. District Court

By: _____
Deputy Clerk

(Seal of the Court)

ORIGINAL

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

| (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| KTS Karaoke, INC., a California Corporation, and TIMMY SUN TON, Individually | SONY/ATV MUSIC PUBLISHING, LLC, a Delaware Limited Liability Company; and DOES 1 to 20, Inclusive, |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Surjit P. Soni (State Bar No. 127419)<br>M. Danton Richardson (State Bar No. 141709)<br>35 N. Lake Ave., Suite 720, Pasadena, CA 91101 | |

II. BASIS OF JURISDICTION (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

IV. ORIGIN (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

V. REQUESTED IN COMPLAINT:   JURY DEMAND: ☐ Yes  ☒ No (Check 'Yes' only if demanded in complaint.)
CLASS ACTION under F.R.C.P. 23: ☐ Yes  ☒ No      ☐ MONEY DEMANDED IN COMPLAINT: $ _____

VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 USC Sections 101 et (SEQ) and 28 USC Section 2201

VII. NATURE OF SUIT (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | IMMIGRATION | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CONFORMED COPY
CV 12 0014

FOR OFFICE USE ONLY:   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                        CIVIL COVER SHEET                        Page 1 of 2

(a). **IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
list case number(s): _____

(b). **RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
list case number(s): _____

cases are deemed related if a previously filed case and the present case:
(check all boxes that apply) 
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**VENUE:** (When completing the following information, use an additional sheet if necessary.)

List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

SIGNATURE OF ATTORNEY (OR PRO PER): [signature]   Date January 3, 2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |